**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF INDIANA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Custom Drying Solutions, LLC** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **75-3169587** | |
| 4. | **Debtor's address** | **Principal place of business**  **3005 Cascade Dr., Ste. D**  **Valparaiso, IN 46383**  Number, Street, City, State & ZIP Code  **Porter**  County | **Mailing address, if different from principal place of business**  **55 Tayside St**  **Valparaiso, IN 46385**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **3005 Cascade Valparaiso, IN 46383**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Debtor **Custom Drying Solutions, LLC**  
      Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3114__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **Custom Drying Solutions, LLC**                              Case number (*if known*)
             Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 3

Debtor **Custom Drying Solutions, LLC**　　　　　　　　　　　Case number (*if known*)
　　　　Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Custom Drying Solutions, LLC**  Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 5, 2023**
                 MM / DD / YYYY

**X**  **/s/ Randi Scannell**                          **Randi Scannell**
Signature of authorized representative of debtor            Printed name

Title  **Member**

**18. Signature of attorney**

**X**  **/s/ Dan Whitten**                      Date  **May 5, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Dan Whitten**
Printed name

**Whitten & Whitten, LLC**
Firm name

**6183 Central Ave.**
**Portage, IN 46368**
Number, Street, City, State & ZIP Code

Contact phone  **219-756-0555**     Email address  **whitten33@aol.com**

**21147-45 IN**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

```
AARON EQUIPMENT COMPANY
ATTN: CHIEF OFFICER OR AGENT
201 HANSEN CT SUITE 125
WOOD DALE, IL 60191


CAPITAL ONE BANK
15000 CAPITAL ONE DRIVE
RICHMOND, VA 23238-1119


CAPITAL ONE BANK
P.O. BOX 30285
SALT LAKE CITY, UT 84130-0285


CHASE BANK
P.O. BOX 15298
WILMINGTON, DE 19850-5298


CHASE CARD SERVICES
201 N. WALNUT ST
DE1-0153
WILMINGTON, DE 19801


CIRCUIT COURT FOR MONTGOMERY COUNTY, MAR
50 MARYLAND AVE
RE: C-15-CV-23-001282
ROCKVILLE, MD 20850


INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION - MS 108
INDIANA GOVERNMENT CENTER NORTH
100 NORTH SENATE AVENUE, N240
INDIANAPOLIS, IN 46204


INNOVATED MACHINE SERVICE, INC
ATTN: CHIEF OFFICER OR AGENT
514 E 400 SOUTH
VALPARAISO, IN 46383


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346
```

```
IRS INSOLVENCY GROUP 3
575 N. PENNSYLVANIA - MAILSTOP SB380
INDIANAPOLIS, IN 46204


JPMORGAN CHASE
MAIL CODE LA4-5555
700 KANSAS LN.
MONROE, LA 71203


KENNETH BLANEY
422 WESSEX ROAD
VALPARAISO, IN 46385


LEXUS FINANCIAL
PO BOX 22171
TEMPE, AZ 85282


MCMAHON & ASSOCIATES
10010 CALUMET AVE.
MUNSTER, IN 46321


OFFICE OF THE INDIANA ATTORNEY GENERAL
INDIANA GOVT. CENTER, SOUTH, 5TH FL.
302 W. WASHINGTON ST.
INDIANAPOLIS, IN 46204


OFFICE OF THE U.S. ATTORNEY GENERAL
5400 FEDERAL PLAZA
HAMMOND, IN 46320


PORTER SUPERIOR COURT #5
16 LINCOLNWAY
IN RE 64D05-2111-CC-10519
VALPARAISO, IN 46383


RAPID FINANCE
ATTN: CHIEF OFFICER OR AGENT
4500 EAST WEST HIGHWAY, 6TH FL.
BETHESDA, MD 20814
```

```
ROBERT A. WELSH, ATTY AT LAW
107 BROADWAY
CHESTERTON, IN 46304


RYAN R. PAYNE, REGISTERED AGENT
INNOVATED MACHINE SERVICE INC
514 E 400 SOUTH
VALPARAISO, IN 46383


SMALL BUSINESS FINANCIAL SOLUTIONS, LLC
ATTN: CHIEF OFFICER OR AGENT
4500 EAST WEST HIGHWAY, 6TH FL.
BETHESDA, MD 20814


SMALL BUSINESS FINANCIAL SOLUTIONS, LLC
C/O ATTY. MICHAEL ENROUGHTY
4500 EAST WEST HIGHWAY, 6TH FL.
BETHESDA, MD 20814
```

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Custom Drying Solutions, LLC**                          Case No. _____

Debtor(s)                                                                     Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Custom Drying Solutions, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 5, 2023** | **/s/ Dan Whitten** |
| Date | **Dan Whitten** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Custom Drying Solutions, LLC** |
| | **Whitten & Whitten, LLC** |
| | **6183 Central Ave.** |
| | **Portage, IN 46368** |
| | **219-756-0555** |
| | **whitten33@aol.com** |